UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ORDER OF RECUSAL

YOUNG, C.J.

The presiding judge recuses himself from participation in the following list of cases upon the ground that the law firm of which he was once a partner and upon which he relies for personal legal advice represents a party in this action.

| | |
|---|---|
| CA 03-12500 | RIGGS v MFS, et al |
| CA 03-12514 | TRONE v MFS, et al |
| CA 03-12536 | ADAMS, ET AL v. MFS CAPITAL OPP, et al |
| CA 03-12570 | ELEPHANT v. MFS, et al |
| CA 03-12622 | BURSTEIN, IRA v. MFS GLOBAL, et al |
| CA 04-10252 | BOYS, III, et al v. MFS, et al |
| CA 04-10253 | BERGER v. MFS, et al |
| CA 03-12545 | GREENBERGER v. MFS, et al |

WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE

By the Court,

_____
Deputy Clerk