UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLIVER S. TRONE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> MFS CAPITAL OPPORTUNITIES FUND et al.) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO. 03-CV-12514-WGY |

**STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT**

    The undersigned parties hereby stipulate that the time for the Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned action shall be thirty (30) days from either the filing of a consolidated amended complaint, or the denial of a motion to consolidate.  Defendants at this time take no position with respect to consolidation, and the parties further stipulate that each party reserves all of its rights.

*[signatures on next page]*

LITDOCS:540680.1

-2-

| | |
|---|---|
| **OLIVER S. TRONE**<br>By his attorney, | **MASSACHUSETTS FINANCIAL SERVICES COMPANY, MFS INVESTMENT MANAGEMENT and SUN LIFE FINANCIAL INC.**<br>By their attorneys, |
| /s/ Nancy Freeman Gans<br>Nancy Freeman Gans<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, MA  02109 | /s/ Christina N. Davilas<br>Donald K. Stern<br>John R. Snyder<br>James S. Rollins<br>Jason A. Tucker<br>Mary B. Murrane<br>Christina N. Davilas<br>Lara N. Gelbwasser<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA  02110 |
| Milberg Weiss Bershad Hynes & Lerach LLP<br>Melvyn I. Weiss<br>Steven G. Schulman<br>Peter E. Seidman<br>Sharon M. Lee<br>One Pennsylvania Plaza<br>New York, NY  10119-0165 | |
| Law Office of Alfred G. Yates, Jr. P.C.<br>Alfred G. Yates, Jr.<br>519 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA 15219 | **"MFS FUNDS" and "MFS FUND REGISTRANTS"**<br>By their attorneys,<br><br> /s/ John D. Donovan, Jr.<br>John D. Donovan, Jr.<br>Jane Willis<br>Carisa Klemeyer<br>Ropes & Gray<br>One International Place<br>Boston, MA  02110 |

March 8, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLIVER S. TRONE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>MFS CAPITAL OPPORTUNITIES FUND et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 03-CV-12514-WGY |

## [PROPOSED] ORDER

This Court hereby ORDERS that the time for Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned action shall be extended to the date which is thirty (30) days from either the filing of a consolidated amended complaint, or the denial of a motion to consolidate.

SO ORDERED.

_____

Dated: _____, 2004.

LITDOCS:540680.1